# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MOSES LEE PORTER,

    Plaintiff,

v.

CAROLYN W. COLVIN,
ACTING COMMISSIONER
OF SOCIAL SECURITY,

    Defendant.
_____ /

Civil No. 13-10707

District Judge Terrence G. Berg

Magistrate R. Steven Whalen

## ORDER

It is hereby **ORDERED** that the defendant, Commissioner of Social Security, shall have an extension of time until October 30, 2013 to file her Response and Motion for Summary Judgment. Plaintiff's reply is due November 6, 2013.

Dated: September 24, 2012

    s/R. Steven Whalen
    R. STEVEN WHALEN
    United States Magistrate Judge